RECEIVED

JUL 1 8 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SOHAIL KHAN,                          CIVIL ACTION NO. 1:19-CV-463-P
Petitioner

VERSUS                               JUDGE DEE D. DRELL

WILLIAM P. BARR,                     MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 Petition is hereby DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this _17th_ day of _July_, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE